

# NUMBER 13-15-00351-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE SANDRA AZUA

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Order Per Curiam

Relator, Sandra Azua, filed a petition for writ of mandamus on July 30, 2015 seeking to compel the trial court to: (1) vacate temporary orders signed on May 4, 2015 and July 14, 2015; (2) grant relator's motion to strike intervention and her plea to the jurisdiction; and (3) appoint relator as the temporary sole managing conservator of the minor children involved in the underlying divorce case.

The Court requests that the real parties in interest, Antonio Azua Colchado and Judith Azua, or any others whose interest would be directly affected by the relief sought,

file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
31st day of July, 2015.